B3B (Official Form 3B) (12/07) — Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Nora L Rodriguez__  Case No. __09-71564__
Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __74.75__ on or before __5/20/09__
$ __74.75__ on or before __6/22/09__
$ __74.75__ on or before __7/20/09__
$ __74.75__ on or before __8/20/09__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __APR 21 2009__

BY THE COURT

United States Bankruptcy Judge

## Certificate of Mailing

I hereby certify that on April 21, 2009, a copy of the Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee has been served upon the undersigned parties listed via First Class Mail.

*JANA A. BRACKETT*
Courtroom Deputy

Nora L. Rodriguez
6111 S. Oak Grove Road
Harvard, IL 60033